# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 19, 2022

## NO. 03-21-00320-CV

**Levy Rentals, LLC and Brian Levy, Appellants**

**v.**

**TC&C Investments, LLC, Appellee**

## APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on June 23, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.